

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00546-CV

Juanita Gonzales **GARCIA**, et al.,
Appellants

v.

**U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC.
2006-HE3, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV01889
Honorable Timothy Johnson, Judge Presiding

## O R D E R

Appellant's brief was due on October 23, 2015. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time to file the brief. *See id.* R. 38.6(d).

Therefore, we ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court